Commonwealth *v.* Bond, Appellant.

864

 Argued September 23, 1970. *Alexander Hemphill,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.